# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARY LAHAIE, | Case No. 2:17-CV-768 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant(s). | |

Presently before the court is defendant State Farm Mutual Automobile Insurance Company's motion to dismiss. (ECF No. 6).

After defendant filed its motion to dismiss (ECF No. 6), plaintiff Gary Lahaie timely filed an amended complaint (ECF No. 8), thereby mooting defendant's motion.

Accordingly,

IT IS HEREBY ORDERED that defendant's motion to dismiss (ECF No. 6) be, and the same hereby is, DENIED as moot

DATED April 17, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**