GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

GARY LAHAIE, Individual

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES 1-10 and DOE BUSINESS ENTITIES 1-10, inclusive

Defendant

Case No: 2:17-cv-00768-JCM-CWH

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, GARY LAHAIE, and Defendants, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each

of the parties to pay their own attorney fees and costs herein incurred.

It is Further Stipulated that any Trial Currently Scheduled, be Vacated.

Dated: ~~April~~ May 1, 2018

Dated: April 30, 2018

/s/ George M. Ranalli
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Attorneys for Defendant

/s/ Sergio Salzano
SERGIO SALZANO, ESQ.
Nevada Bar No. 006482
4580 North Rancho Dr.,
Suite 150
Las Vegas, NV 89130
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED:

Dated: May 7, 2018

/s/ James C. Mahan
UNITED STATES DISTRICT COURT